# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,  )<br><br>    Plaintiff/Counterclaim Defendant,  )<br><br>v.                                                                    )<br><br>GENE L. MUSE, M.D.,                                    )<br><br>    Defendant/Counterclaimant.              ) | Case No. CIV-17-1361-G |

## ORDER

Now before the Court is Plaintiff/Counterclaim Defendant Allianz Life Insurance Company of North America's ("Allianz") Motion to Consolidate Cases and Stay Trial Setting (Doc. Nos. 349, 350). Allianz seeks to consolidate the present case with a related case before the Court and stay the trial setting. Defendant/Counterclaimant Gene L. Muse, M.D. has responded in opposition (Doc. No. 358).

The case that Allianz seeks to consolidate with the present action has been dismissed. *See Muse v. Allianz Life Ins. Co. of N. Am.*, Case No. CIV-25-245-G (W.D. Okla.) (Doc. No. 15). For this reason, and as announced at the docket call held April 1, 2025, the Motion (Doc. Nos. 349, 350) is DENIED AS MOOT.

IT IS SO ORDERED this 3rd day of April, 2025.

CHARLES B. GOODWIN
United States District Judge